1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  THE BURLINGTON INSURANCE          )        Case No.: C 11-02239 PSG
    COMPANY,                          )
13                                    )        **CASE MANAGEMENT ORDER**
                      Plaintiff,      )
14                                    )
              v.                      )
15                                    )
    S. HUH, ET AL.,                   )
16                                    )
                      Defendants.     )
17  _____ )

18         On July 26, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case

19  management conference.  Based on the parties' Joint Case Management Statement and the

20  discussions held at the case management conference,

21         IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual

22  and legal issues as set forth in the Case Management Statement.

23         IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or

24  other amendments to the pleadings, is sixty days after entry of this order.

25         IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

26  Federal Rules of Civil Procedure apply.

27         IT IS FURTHER ORDERED that, pursuant to the parties' agreement, the parties shall

28  contact the court's ADR department after the deposition of David Lynn has been conducted.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 4, 2011

Designation of Opening Experts with Reports. . . . . . . . . . . . . . . . . . . . November 18, 2011

Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . December 19, 2011

Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . January 13, 2011

Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

Last Day for Dispositive Motion Hearing[1] . . . . . . . . .  10:00 a.m. on February 28, 2012

Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . .  2:00 p.m. on April 17, 2012

Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  9:30 a.m. on April 30, 2012

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

Pretrial Statement, and all other pretrial submissions.

Dated: July 26, 2011

_Paul S. Grewal_
PAUL S. GREWAL
United States Magistrate Judge

---

[1]     This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2]     A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."